# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 18-46058-399 |
| ROBERT DANIEL THOMPSON ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 7 filed by |
| ) | UNITED SPECIALTY INSURANCE CO |
| ) | Acct: 0400 |
| ) | |
| Debtor ) | 3 OBJ: 01/10/2019 |
| ) | |

## CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--SJC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

## ORDER

Upon Trustee's objection to claim number 7 filed by UNITED SPECIALTY INSURANCE CO, for good cause shown, it is ORDERED that the Trustee's objection is OVERRULED and the claim is allowed.

**DATED: February 4, 2019**     Barry S. Schermer
**St. Louis, Missouri**          United States Bankruptcy Judge

Copy mailed to:

ROBERT DANIEL THOMPSON
1639 COURTNEY LANE
SAINT CLAIR, MO  63077

WATTON LAW GROUP
301 W WISCONSIN AVE
5TH FL
MILWAUKEE, WI  53203

UNITED SPECIALTY INSURANCE CO
1605 MAIN ST #600
C/O NFP
SARASOTA, FL  34236

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

UNITED SPECIALTY INSURANCE CO
1401 SUNSET DR #201
C/O NFP
GREENSBORO, NC  27408